**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **GOOD NEIGHBOR ALLIANCE, INC.,** | * | Case No. |
| c/o Dave Harvey, Esq. | * | |
| 19250 Bagley Rd., St. 102 | * | Judge |
| Middleburg Hts., Ohio 44130 | * | |
| | * | **NOTICE OF REMOVAL** |
| Plaintiff, | * | |
| | * | |
| **v.** | * | |
| | * | |
| **BASSETT LAND DEVELOPMENT CO.,** | * | |
| **LLC,** | * | |
| 205 S.E. Catawba Rd., Unit K | * | |
| Port Clinton, Ohio 43452 | * | |
| | * | |
| and | * | |
| | * | |
| **PORTAGE TOWNSHIP** | * | |
| 2501 East State Rd. | * | |
| Port Clinton, Ohio 43452 | * | |
| | * | |
| Defendants. | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Defendant, Portage Township, ("Portage Township"), appears for the purposes of removal and states:

1.  Portage Township wishes to exercise its rights under the provisions of 28 U.S.C. §1441 *et seq.* to remove this action from the Court of Common Pleas of Ottawa County, Ohio, in which this case is now pending under the style of *Good Neighbor Alliance, Inc. v. Bassett Land Development Co., LLC, et al.*, Case No. 2024-CV-H 131, Ottawa County Court of Common

Pleas. Portage Township is contemporaneously filing a copy of this Notice of Removal with the Ottawa County Court of Common Pleas.

2.      This is a civil action over which this Court has original jurisdiction arising under the provisions of 28 U.S.C. §1331 *et seq.*, federal question jurisdiction, and is an action which may be removed to this Court by Defendant pursuant to 28 U.S.C. §1441(a). Plaintiff's allegations in the Complaint include allegations that Plaintiffs' due process rights protected by the Fourteenth Amendment of the U.S. Constitution have been violated, and that Plaintiffs are entitled to relief under 42 U.S.C. § 1983.  In accordance with 28 U.S.C. §1441(c), the entire pending action should be removed.

3.      This Notice of Removal is being filed within 30 days after Portage Township received a copy of the Complaint filed by Plaintiff, and it is timely in accordance with 28 U.S.C. §1446(b). Defendant's time to move, plead, or answer with respect to the Complaint has not expired.  Simultaneously, Defendants are filing with this Notice, a Motion for Extension of Time seeking an additional 30 days to move, plead or answer in response to Plaintiff's Complaint. Copies of all process and pleadings served by and upon Defendants or otherwise available on the Ottawa County Court of Common Pleas Court's docket in this matter as of this filing are attached hereto as Exhibits A through I.

4.      Defendant Bassett Land Development Co. LLC consents and joins in this Notice of Removal in accordance with 28 U.S.C. §1446(b).

Respectfully submitted,

**SPENGLER NATHANSON P.L.L.**

*/s/ Teresa L. Grigsby*
Teresa L. Grigsby (0030401)
tgrigsby@snlaw.com
James P. Silk, Jr. (0062463)
jsilk@snlaw.com

2

Jennifer A. McHugh (084842)
jmchugh@snlaw.com
SPENGLER NATHANSON P.L.L.
900 Adams Street
Toledo, Ohio  43604
Telephone:  (419) 241-2201
Facsimile:  (419) 241-8599

*Attorneys for Defendant Portage Township*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been electronically filed this 17th day of April, 2024. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

This is further to certify that a copy of the foregoing also has been electronically served upon counsel on this 17th day of April 2024, as follows:

David L. Harvey, III, Esq.
Matthew B. Abens, Esq.
Harvey + Abens Co., LPA
19250 E. Bagley Rd. Suite 102
Middleburg Heights, Ohio 44130
Phone: (216) 651-0256
Fax: (833) 273-0003
dvdjarv@harvlaw.com
mbabens@harvlaw.com

David A. Lambros, Esq.
David A. Lambros Co.
2405 Chapparal Street
Westlake, Ohio 44145
Phone: (216) 392-5744
dalambros@gmail.com

*Attorneys for Plaintiff*
*Good Neighbor Alliance LLC*

Matthew Kemp, Esq.
Reed Hauptman, Esq.
Shumaker, Loop & Kendrick, LLP
1000 Jackson Street
Toledo OH  43604-5573
mkemp@shumaker.com
rhauptman@shumaker.com

*Attorneys for Defendant*
*Bassett Land Development Co. LLC*

/s/ Teresa L. Grigsby
Teresa L. Grigsby

684030

3